1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                  FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7

8  MATTHEW C. MOORE,

9          Plaintiff,                    CV F 05 0304 AWI WMW P

10

11         vs.                           ORDER RE: FINDINGS &
                                         RECOMMENDATIONS (#14)
12

   KINGS CO. SHERIFF'S DEPT., et al.,
13
           Defendants.
14
   _____/
15

16

17         Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter

18  was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

   Rule 72-302.
19
           On November 22, 2005 findings and recommendations were entered,
20
   recommending dismissal of this action for failure to state a claim upon which relief can be
21
   granted.   Plaintiff was provided an opportunity to file objections within thirty days.   Plaintiff
22
   has failed to file objections to the findings and recommendations.
23
           In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule
24
   73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the
25
   entire file, the court finds the findings and recommendations to be supported by the record and
26

                                          1

proper analysis.  The allegations of verbal harassment alleged in the complaint are not sufficient to state a violation of Plaintiff's constitutional rights.  <u>Oltarzewski v. Ruggiero</u>, 830 F.2d 136, 139 (9th Cir. 1987).   In addition, the complaint appears to concern Defendants' actions toward another person.   In general, constitutional rights are personal in nature and cannot be asserted by another person.  <u>L.A. Police Dep't v. United Reporting Publ'g Corp.</u>, 528 U.S. 32, 39 (1999).

Accordingly, THE COURT HEREBY ORDERS that:

1.  The Findings and Recommendations issued by the Magistrate Judge on November 22, 2005, are adopted in full; and

2.  This action is dismissed for failure to state a claim upon which relief can be granted.  The Clerk is directed to close this case.


IT IS SO ORDERED.

**Dated:    March 21, 2006**                                 **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE

2